UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

US Bank and Trust, N.A. not in its individual )
Capacity, but solely as Trustee of Citigroup )
Mortgage Loan Trust 2019-B )
)
               Plaintiff )
   v. )
)   NO:  2:21-cv-00165-JAW
Victoria A. McAllister and Arnold K. McAllister, )
)
           Defendants )
)
   and )
)
Evergreen Credit Union, )
)
       Party-in-Interest )

**ANSWER OF PARTY-IN- INTEREST EVERGREEN CREDIT UNION**

NOW COMES Evergreen Credit Union ("Evergreen"), by and through counsel, and

answers the complaint (the "Complaint") of US Bank and Trust, N.A., as Trustee for LSF9

Master Participation Trust (the "Plaintiff") as follows:

**GENERAL DENIAL**

Except as specifically admitted herein, all allegations set forth in Plaintiff's Complaint

are DENIED.

**SPECIFIC RESPONSES TO ALLEGATIONS**

1.     Evergreen is without knowledge or information sufficient to form a belief as to

the truth of the allegations set forth in the first sentence of Paragraph 1 of Plaintiff's Complaint.

Answering further, Evergreen admits the remaining allegations contained in Paragraph 1 of the

Plaintiff's Complaint.

2.      Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of Plaintiff's Complaint and, therefore, denies the same.

3.      Evergreen admits the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4.      Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of Plaintiff's Complaint and, therefore, denies the same.

5.      Evergreen admits the allegations contained in Paragraph 5 of Plaintiff's Complaint, upon information and belief.

6.      Evergreen admits the allegations contained in Paragraph 6 of Plaintiff's Complaint, upon information and belief.

7.      In response to the allegations contained in Paragraph 7 of the Plaintiff's Complaint, Evergreen admits that its principal place of business is located at 255 Riverside Street, Portland, Maine 04103

8.      Evergreen admits the allegations contained in Paragraph 8 of Plaintiff's Complaint, upon information and belief.

9.      Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of Plaintiff's Complaint and, therefore, denies the same.

10.      Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of Plaintiff's Complaint and, therefore, denies the same.

11.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of Plaintiff's Complaint and, therefore, denies the same.

12.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of Plaintiff's Complaint and, therefore, denies the same.

13.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of Plaintiff's Complaint and, therefore, denies the same.

14.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of Plaintiff's Complaint and, therefore, denies the same.

15.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of Plaintiff's Complaint and, therefore, denies the same.

16.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 of Plaintiff's Complaint and, therefore, denies the same.

17.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 of Plaintiff's Complaint and, therefore, denies the same.

18.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 of Plaintiff's Complaint and, therefore, denies the same.

19.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 of Plaintiff's Complaint and, therefore, denies the same.

20.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 of Plaintiff's Complaint and, therefore, denies the same.

21.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 of Plaintiff's Complaint and, therefore, denies the same.

22.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 of Plaintiff's Complaint and, therefore, denies the same.

23.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 of Plaintiff's Complaint and, therefore, denies the same.

24.     In response to the allegations set forth in Paragraph 24 of the Plaintiff's Complaint, Evergreen admits that Evergreen is the holder of a Mortgage dated November 6, 2007 in the amount of $125,000.00, recorded in the Cumberland County Registry of Deeds in Book 25636, Page 338.  Answering further, Evergreen is without knowledge or information

sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 24 of Plaintiff's Complaint and, therefore, denies the same.

25.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 of Plaintiff's Complaint and, therefore, denies the same.

26.     Evergreen admits the allegations contained in Paragraph 26 of Plaintiff's Complaint, upon information and belief.

COUNT I – FORECLOSURE AND SALE

27.     Evergreen restates and realleges its previous responses to the allegations contained in paragraphs 1-26 of the Plaintiff's Complaint as if set forth fully herein.

28.     In response to the allegations set forth in Paragraph 28 of the Plaintiff's Complaint, Evergreen admits this is a statement of the Plaintiff's claim in this matter.  Answering further, Evergreen is without knowledge or information sufficient to form a belief as to Plaintiff's entitlement to relief sought, and therefore denies the same.

29.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of Paragraph 29 of Plaintiff's Complaint and, therefore, denies the same.  Answering further, the remaining allegations contained in Paragraph 29 of the Plaintiff's Complaint state conclusions of law to which no response by Evergreen is required.  To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 29 of Plaintiff's Complaint and, therefore, denies the same.

30.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 of Plaintiff's Complaint and, therefore, denies the same.

31.     The allegations contained in Paragraph 31 of the Plaintiff's Complaint state conclusions of law to which no response by Evergreen is required.  To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 of Plaintiff's Complaint and, therefore, denies the same.

32.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 of Plaintiff's Complaint and, therefore, denies the same.

33.     Evergreen admits the allegations contained in Paragraph 33 of Plaintiff's Complaint, upon information and belief.

34.     The allegations contained in Paragraph 34 of the Plaintiff's Complaint state conclusions of law to which no response by Evergreen is required.  To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 of Plaintiff's Complaint and, therefore, denies the same.

35.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 of Plaintiff's Complaint and, therefore, denies the same.

36.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 of Plaintiff's Complaint and, therefore, denies the same.

<u>COUNT II – BREACH OF NOTE</u>

37.     Evergreen restates and realleges its previous responses to the allegations contained in paragraphs 1-36 of the Plaintiff's Complaint as if set forth fully herein.

38.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 of Plaintiff's Complaint and, therefore, denies the same.

39.     The allegations contained in Paragraph 39 of the Plaintiff's Complaint state conclusions of law to which no response by Evergreen is required.  To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 of Plaintiff's Complaint and, therefore, denies the same.

40.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 of Plaintiff's Complaint and, therefore, denies the same.

41.     The allegations contained in Paragraph 41 of the Plaintiff's Complaint state conclusions of law to which no response by Evergreen is required.  To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 of Plaintiff's Complaint and, therefore, denies the same.

42.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 of Plaintiff's Complaint and, therefore, denies the same.

43.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 of Plaintiff's Complaint and, therefore, denies the same.

44.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 of Plaintiff's Complaint and, therefore, denies the same.

45.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 of Plaintiff's Complaint and, therefore, denies the same.

<u>COUNT III – BREACH OF CONTRACT, MONEY HAD AND RECEIVED</u>

46.     Evergreen restates and realleges its previous responses to the allegations contained in paragraphs 1-45 of the Plaintiff's Complaint as if set forth fully herein.

47.     The allegations contained in Paragraph 47 of the Plaintiff's Complaint state conclusions of law to which no response by Evergreen is required. To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 of Plaintiff's Complaint and, therefore, denies the same.

48.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 of Plaintiff's Complaint and, therefore, denies the same.

49.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 of Plaintiff's Complaint and, therefore, denies the same.

50.     The allegations contained in Paragraph 50 of the Plaintiff's Complaint state conclusions of law to which no response by Evergreen is required.  To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 of Plaintiff's Complaint and, therefore, denies the same.

51.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 of Plaintiff's Complaint and, therefore, denies the same.

52.     The allegations contained in Paragraph 52 of the Plaintiff's Complaint state conclusions of law to which no response by Evergreen is required.  To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 of Plaintiff's Complaint and, therefore, denies the same.

53.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 of Plaintiff's Complaint and, therefore, denies the same.

54.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 of Plaintiff's Complaint and, therefore, denies the same.

55. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 of Plaintiff's Complaint and, therefore, denies the same.

56. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 of Plaintiff's Complaint and, therefore, denies the same.

57. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 of Plaintiff's Complaint and, therefore, denies the same.

<u>COUNT IV – QUANTUM MERUIT</u>

58. Evergreen restates and realleges its previous responses to the allegations contained in paragraphs 1-57 of the Plaintiff's Complaint as if set forth fully herein.

59. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 of Plaintiff's Complaint and, therefore, denies the same.

60. The allegations contained in Paragraph 60 of the Plaintiff's Complaint state conclusions of law to which no response by Evergreen is required. To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 of Plaintiff's Complaint and, therefore, denies the same.

61. Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 of Plaintiff's Complaint and, therefore, denies the same.

62.     The allegations contained in Paragraph 62 of the Plaintiff's Complaint state conclusions of law to which no response by Evergreen is required.  To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 of Plaintiff's Complaint and, therefore, denies the same.

<u>COUNT V – UNJUST ENRICHMENT</u>

63.     Evergreen restates and realleges its previous responses to the allegations contained in paragraphs 1-62 of the Plaintiff's Complaint as if set forth fully herein.

64.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 of Plaintiff's Complaint and, therefore, denies the same.

65.     Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 of Plaintiff's Complaint and, therefore, denies the same.

66.     The allegations contained in Paragraph 66 of the Plaintiff's Complaint state conclusions of law to which no response by Evergreen is required.  To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 of Plaintiff's Complaint and, therefore, denies the same.

67.     The allegations contained in Paragraph 67 of the Plaintiff's Complaint state conclusions of law to which no response by Evergreen is required.  To the extent a response is required, Evergreen is without knowledge or information sufficient to form a belief as to the

truth of the allegations contained in Paragraph 67 of Plaintiff's Complaint and, therefore, denies the same.

**CONCLUSION**

WHEREFORE, the Party-In-Interest, Evergreen Credit Union, respectfully requests this Court to enter its Order awarding Evergreen its costs and granting Evergreen such other relief as may be appropriate and just.

Dated at Portland, Maine this 23rd day of July, 2021.


*/s/ Joshua R. Dow*
Joshua R. Dow, Esquire
jdow@pearcedow.com

*/s/ Aaron P. Burns*
Aaron P. Burns, Esquire
aburns@pearcedow.com

Counsel for Party-In-Interest
Evergreen Credit Union
Pearce, Dow & Burns, LLP
Two Monument Square, Suite 901
P.O. Box 108
Portland, ME 04112-0108
(207) 822-9900


Certificate of Service

I, Joshua R. Dow, Esq. hereby certify that on July 23, 2021, I served a copy of the Answer of Party-In-Interest Evergreen Credit Union by electronic notification using the CM/ECF system to:

John A. Doonan, Esq., JAD@gdandl.com
Reneau J. Longoria, Esq., RJL@gdandl.com

**The following were served by First Class Mail, postage prepaid:**

Victoria A. McAllister
40 B Tyler Avenue
New Gloucester, ME 04260

Arnold K. McAllister
40 B Tyler Avenue
New Gloucester, ME 04260

Dated: July 23, 2021

*/s/ Joshua R. Dow*