# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-B<br><br>**Plaintiff**<br><br>vs.<br><br>Victoria A. McAllister and Arnold K. McAllister<br><br>**Defendants**<br><br>Evergreen Credit Union<br><br>**Party-in-Interest** | CIVIL ACTION NO: 2:21-cv-00165-JAW<br><br>RE:<br>40 B Tyler Avenue, New Gloucester, ME 04260<br><br>Mortgage:<br>June 11, 2003<br>Book 19576, Page 175 |

## AFFIDAVIT OF KELLY HARTIGAN IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANTS/PARTIES-IN-INTEREST

I, Kelly Hartigan, hereby depose and state as follows:

1. I am a paralegal at Doonan, Graves & Longoria, LLC, the law firm who represents Plaintiff U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-B ("U.S. Bank Trust National Association") in this matter. I submit this affidavit in support of Plaintiff's Motion for Default Judgment as to Defendants/Parties-In-Interest, Victoria A. McAllister and Arnold K. McAllister, pursuant to Fed. R. Civ. P. 55(b).

2. Plaintiff's Complaint was filed on June 23, 2021.

3. The Defendant, Arnold K. McAllister, was served with the Complaint on July 3, 2021.

4. The Defendant, Victoria A. McAllister, was served with the Complaint on July 3, 2021.

5. Proof of Service for Defendant, Arnold K. McAllister, was filed on July 16, 2021.

6. Proof of Service for Defendant, Victoria A. McAllister, was filed on July 16, 2021.

7. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant, Arnold K. McAllister's response to the Complaint was due July 24, 2021.

8. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant, Victoria A. McAllister's response to the Complaint was due July 24, 2021.

9. The Defendants are not in the military.

10. On August 26, 2021, Plaintiff filed a Motion for Entry of Default as to Defendants, Arnold K. McAllister and Victoria A. McAllister.

11. On August 26, 2021, this Court entered Default as to Defendants, Arnold K. McAllister and Victoria A. McAllister.

12. Upon information and belief, the attached payment history records received from our client were made at or near the time of the transactions by, or from information transmitted by someone with personal knowledge, pursuant to Fed. R. Evid. 803(6).

13. Upon information and belief, the attached payment history is kept in the course of a regularly conducted activity by our client, pursuant to Fed. R. Evid. 803(6).

14. Upon information and belief, the making of the attached records are a regular practice of our client's regularly conducted activity for maintaining records, pursuant to Fed. R. Evid. 803(6).

15. At the requested hearing, Plaintiff will produce a witness from the servicer of the subject loan to testify to the above.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of September, 2021.

/s/ Kelly Hartigan
Kelly Hartigan

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

On this 27th day of September, 2021, before me, the undersigned notary public, personally appeared Kelly Hartigan, who proved to me through satisfactory evidence of identification to be the person whose name is signed on this document, who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his/her knowledge and belief.

/s/Reneau J. Longoria, Esq.
Notary Public
Commission Expires: July 24, 2026