## Account History: [ Account Data Views:644 ]

| Borrower: | MCALLISTER,VICTORIA A | Address: | 40 B TYLER AVE | Prin Bal: | $182,822.59 | Investor Type: | Other |
|---|---|---|---|---|---|---|---|
| Co-Borrower Name: | MCALLISTER,ARNOLD K | City: | NEW GLOUCESTER | Add Prin Bal: | $118.50 (P) | Investor #: | AJ1 |
| Due Date: | 12/01/2019 | State: | ME | Account Type: | First Mortgage - Conventional Without PMI | Investor Account #: | |
| Last Pmt Appd On: | | Zip Code: | 04260 | Total Pmt Amt: | $1,197.37 | PLS Client ID: | |

### Request Criteria: Type = All, Date Range = From 06/11/2003 To 09/24/2021

Row Count = 184

| Transaction Description | Applied Dt | Due Date | Payment | Principal Applied | Interest Applied | Escrow Applied | Esc Bal | Adv Bal | Suspense Applied | Corp Adv Applied | L/C Amt Applied | Fee Amt Applied | Fee Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Misc Default Exp Corp Adv | 09/03/2021 | | | | | | | $11,061.14 | | $167.55 | | | |
| Escrow Advance | 09/02/2021 | 12/01/2019 | $1,912.65 | | | $1,912.65 | | $11,061.14 | | | | | |
| City Tax Disbursement | 09/02/2021 | 09/01/2021 | -$1,912.65 | | | -$1,912.65 | -$1,912.65 | $9,148.49 | | | | | |
| Misc Default Exp Corp Adv Repay | 08/31/2021 | | $9.55 | | | | | $9,148.49 | | $9.55 | | | |
| Misc Default Exp Corp Adv Repay | 08/31/2021 | | $158.00 | | | | | $9,148.49 | | $158.00 | | | |
| Misc Corporate Adv Disb | 08/30/2021 | | | | | | | $9,148.49 | | $0.05 | | | |
| Misc Default Exp Corp Adv | 08/26/2021 | | | | | | | $9,148.49 | | $59.50 | | | |
| Property Pres Corp Adv | 08/26/2021 | | | | | | | $9,148.49 | | $20.00 | | | |
| Attorney Corp Advance | 08/26/2021 | | | | | | | $9,148.49 | | $350.00 | | | |
| Misc Default Exp Corp Adv | 08/14/2021 | | | | | | | $9,148.49 | | $92.00 | | | |
| Misc Corporate Adv Disb | 07/29/2021 | | | | | | | $9,148.49 | | $0.05 | | | |
| Misc Corporate Adv Disb | 07/27/2021 | | | | | | | $9,148.49 | | $0.05 | | | |
| Property Pres Corp Adv | 07/21/2021 | | | | | | | $9,148.49 | | $20.00 | | | |
| Misc Default Exp Corp Adv | 07/19/2021 | | | | | | | $9,148.49 | | $9.55 | | | |
| Misc Default Exp Corp Adv | 07/19/2021 | | | | | | | $9,148.49 | | $158.00 | | | |
| Attorney Corp Advance | 07/19/2021 | | | | | | | $9,148.49 | | $790.00 | | | |
| Misc Corporate Adv Disb | 07/19/2021 | | | | | | | $9,148.49 | | $1.20 | | | |
| Misc Default Exp Corp Adv | 07/13/2021 | | | | | | | $9,148.49 | | $17.40 | | | |
| Misc Default Exp Corp Adv | 06/25/2021 | | | | | | | $9,148.49 | | $402.00 | | | |
| Attorney Corp Advance | 06/25/2021 | | | | | | | $9,148.49 | | $825.00 | | | |
| Attorney Corp Advance | 06/25/2021 | | | | | | | $9,148.49 | | $395.00 | | | |
| Late Charge Assessed | 06/16/2021 | 12/01/2019 | | | | | | $9,148.49 | | | -$28.03 | | |
| Property Pres Corp Adv | 06/14/2021 | | | | | | | $9,148.49 | | $20.00 | | | |
| Misc Corporate Adv Disb | 05/22/2021 | | | | | | | $9,148.49 | | $0.05 | | | |
| Late Charge Assessed | 05/17/2021 | 12/01/2019 | | | | | | $9,148.49 | | | -$28.03 | | |
| Misc Corporate Adv Disb | 05/17/2021 | | | | | | | $9,148.49 | | $0.05 | | | |
| Misc Corporate Adv Disb | 05/15/2021 | | | | | | | $9,148.49 | | $1.20 | | | |
| Property Pres Corp Adv | 05/10/2021 | | | | | | | $9,148.49 | | $20.00 | | | |
| Misc Corporate Adv Disb | 04/26/2021 | | | | | | | $9,148.49 | | $1.20 | | | |
| Misc Corporate Adv Disb | 04/21/2021 | | | | | | | $9,148.49 | | $0.05 | | | |
| Late Charge Assessed | 04/17/2021 | 12/01/2019 | | | | | | $9,148.49 | | | -$28.03 | | |
| Property Pres Corp Adv | 04/08/2021 | | | | | | | $9,148.49 | | $20.00 | | | |
| Misc Corporate Adv Disb | 04/01/2021 | | | | | | | $9,148.49 | | $1.20 | | | |
| Misc Corporate Adv Disb | 04/01/2021 | | | | | | | $9,148.49 | | $1.20 | | | |
| Misc Corporate Adv Disb | 03/31/2021 | | | | | | | $9,148.49 | | $17.51 | | | |
| Misc Corporate Adv Disb | 03/31/2021 | | | | | | | $9,148.49 | | $0.72 | | | |
| Property Pres Corp Adv | 03/24/2021 | | | | | | | $9,148.49 | | $33.24 | | | |
| Property Pres Corp Adv | 03/24/2021 | | | | | | | $9,148.49 | | $24.64 | | | |
| Misc Default Exp Corp Adv | 03/22/2021 | | | | | | | $9,148.49 | | $27.50 | | | |
| Misc Corporate Adv Disb | 03/17/2021 | | | | | | | $9,148.49 | | $1.20 | | | |
| Misc Corporate Adv Disb | 03/17/2021 | | | | | | | $9,148.49 | | $0.05 | | | |
| Late Charge Assessed | 03/16/2021 | 12/01/2019 | | | | | | $9,148.49 | | | -$10.00 | | |
| Escrow Advance | 03/13/2021 | 12/01/2019 | $1,891.85 | | | $1,891.85 | | $9,148.49 | | | | | |
| City Tax Disbursement | 03/13/2021 | 03/01/2021 | -$1,891.85 | | | -$1,891.85 | -$1,891.85 | $7,256.64 | | | | | |
| Property Pres Corp Adv | 03/09/2021 | | | | | | | $7,256.64 | | $20.00 | | | |
| Misc Default Exp Corp Adv | 02/23/2021 | | | | | | | $7,256.64 | | $86.00 | | | |
| Late Charge Assessed | 02/16/2021 | 12/01/2019 | | | | | | $7,256.64 | | | -$10.00 | | |
| Property Pres Corp Adv | 02/09/2021 | | | | | | | $7,256.64 | | $20.00 | | | |
| Misc Corporate Adv Disb | 01/23/2021 | | | | | | | $7,256.64 | | $0.05 | | | |
| Late Charge Assessed | 01/16/2021 | 12/01/2019 | | | | | | $7,256.64 | | | -$10.00 | | |
| Property Pres Corp Adv | 01/07/2021 | | | | | | | $7,256.64 | | $14.25 | | | |
| Misc Corporate Adv Disb | 12/30/2020 | | | | | | | $7,256.64 | | $0.72 | | | |
| Misc Corporate Adv Disb | 12/22/2020 | | | | | | | $7,256.64 | | $0.05 | | | |
| Late Charge Assessed | 12/16/2020 | 12/01/2019 | | | | | | $7,256.64 | | | -$10.00 | | |
| Property Pres Corp Adv | 12/10/2020 | | | | | | | $7,256.64 | | $14.25 | | | |
| Attorney Corp Advance | 12/10/2020 | | | | | | | $7,256.64 | | $550.00 | | | |
| Misc Corporate Adv Disb | 12/01/2020 | | | | | | | $7,256.64 | | $50.00 | | | |

| Description | Date 1 | Date 2 | Col3 | Col4 | Col5 | Col6 | Col7 | Balance | Col9 | Col10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Misc Corporate Adv Disb | 11/30/2020 | | | | | | | $7,256.64 | $1.20 | |
| Misc Corporate Adv Disb | 11/25/2020 | | | | | | | $7,256.64 | $1.20 | |
| Misc Corporate Adv Disb | 11/24/2020 | | | | | | | $7,256.64 | $0.05 | |
| Misc Corporate Adv Disb | 11/24/2020 | | | | | | | $7,256.64 | $0.05 | |
| Late Charge Assessed | 11/16/2020 | 12/01/2019 | | | | | | $7,256.64 | | -$10.00 |
| Misc Corporate Adv Disb | 11/09/2020 | | | | | | | $7,256.64 | $1.20 | |
| Escrow Advance | 11/05/2020 | 12/01/2019 | $2,348.00 | | | $2,348.00 | | $7,256.64 | | |
| Hazard Ins Disbursement | 11/05/2020 | 11/01/2020 | -$2,348.00 | | | -$2,348.00 | -$2,348.00 | $4,908.64 | | |
| Property Pres Corp Adv | 11/02/2020 | | | | | | | $4,908.64 | $14.25 | |
| Misc Corporate Adv Disb | 10/30/2020 | | | | | | | $4,908.64 | $0.68 | |
| Late Charge Assessed | 10/17/2020 | 12/01/2019 | | | | | | $4,908.64 | | -$10.00 |
| Misc Corporate Adv Disb | 10/13/2020 | | | | | | | $4,908.64 | $50.00 | |
| Misc Corporate Adv Disb | 10/01/2020 | | | | | | | $4,908.64 | $1.20 | |
| Property Pres Corp Adv | 09/30/2020 | | | | | | | $4,908.64 | $14.25 | |
| Attorney Corp Advance | 09/30/2020 | | | | | | | $4,908.64 | $1,580.00 | |
| Misc Corporate Adv Disb | 09/30/2020 | | | | | | | $4,908.64 | $12.68 | |
| Misc Corporate Adv Disb | 09/29/2020 | | | | | | | $4,908.64 | $150.00 | |
| Misc Corporate Adv Disb | 09/29/2020 | | | | | | | $4,908.64 | $0.05 | |
| Late Charge Assessed | 09/16/2020 | 12/01/2019 | | | | | | $4,908.64 | | -$10.00 |
| Misc Corporate Adv Disb | 09/14/2020 | | | | | | | $4,908.64 | $1.20 | |
| Escrow Advance | 09/09/2020 | 12/01/2019 | $1,891.86 | | | $1,891.86 | | $4,908.64 | | |
| City Tax Disbursement | 09/09/2020 | 09/01/2020 | -$1,891.86 | | | -$1,891.86 | -$1,891.86 | $3,016.78 | | |
| Misc Default Exp Corp Adv | 08/31/2020 | | | | | | | $3,016.78 | $86.00 | |
| Misc Corporate Adv Disb | 08/31/2020 | | | | | | | $3,016.78 | $0.60 | |
| Misc Corporate Adv Disb | 08/28/2020 | | | | | | | $3,016.78 | $0.05 | |
| Property Pres Corp Adv | 08/20/2020 | | | | | | | $3,016.78 | $14.25 | |
| Misc Corporate Adv Disb | 08/19/2020 | | | | | | | $3,016.78 | $1.20 | |
| Late Charge Assessed | 08/17/2020 | 12/01/2019 | | | | | | $3,016.78 | | -$10.00 |
| Misc Corporate Adv Disb | 07/31/2020 | | | | | | | $3,016.78 | $0.05 | |
| Property Pres Corp Adv | 07/20/2020 | | | | | | | $3,016.78 | $14.25 | |
| Misc Corporate Adv Disb | 07/20/2020 | | | | | | | $3,016.78 | $1.20 | |
| Late Charge Assessed | 07/16/2020 | 12/01/2019 | | | | | | $3,016.78 | | -$10.00 |
| Misc Corporate Adv Disb | 06/30/2020 | | | | | | | $3,016.78 | $0.05 | |
| Property Pres Corp Adv | 06/22/2020 | | | | | | | $3,016.78 | $14.25 | |
| Misc Corporate Adv Disb | 06/20/2020 | | | | | | | $3,016.78 | $0.05 | |
| Misc Corporate Adv Disb | 06/20/2020 | | | | | | | $3,016.78 | $1.20 | |
| Late Charge Assessed | 06/16/2020 | 12/01/2019 | | | | | | $3,016.78 | | -$10.00 |
| Misc Corporate Adv Disb | 06/08/2020 | | | | | | | $3,016.78 | $350.00 | |
| Misc Corporate Adv Disb | 06/03/2020 | | | | | | | $3,016.78 | $1.20 | |
| Misc Corporate Adv Disb | 05/26/2020 | | | | | | | $3,016.78 | $0.05 | |
| Misc Corporate Adv Disb | 05/21/2020 | | | | | | | $3,016.78 | $0.05 | |
| Property Pres Corp Adv | 05/20/2020 | | | | | | | $3,016.78 | $14.25 | |
| Late Charge Assessed | 05/16/2020 | 12/01/2019 | | | | | | $3,016.78 | | -$10.00 |
| Misc Corporate Adv Disb | 05/07/2020 | | | | | | | $3,016.78 | $1.20 | |
| Misc Corporate Adv Disb | 04/30/2020 | | | | | | | $3,016.78 | $0.64 | |
| Misc Corporate Adv Disb | 04/28/2020 | | | | | | | $3,016.78 | $0.62 | |
| Misc Corporate Adv Disb | 04/25/2020 | | | | | | | $3,016.78 | $0.05 | |
| Misc Corporate Adv Disb | 04/25/2020 | | | | | | | $3,016.78 | $0.05 | |
| Property Pres Corp Adv | 04/20/2020 | | | | | | | $3,016.78 | $14.25 | |
| Late Charge Assessed | 04/16/2020 | 12/01/2019 | | | | | | $3,016.78 | | -$10.00 |
| Misc Corporate Adv Disb | 04/11/2020 | | | | | | | $3,016.78 | $1.20 | |
| Misc Default Exp Corp Adv | 03/31/2020 | | | | | | | $3,016.78 | $92.00 | |
| Property Pres Corp Adv | 03/18/2020 | | | | | | | $3,016.78 | $14.25 | |
| Late Charge Assessed | 03/16/2020 | 12/01/2019 | | | | | | $3,016.78 | | -$10.00 |
| Escrow Advance | 03/07/2020 | 12/01/2019 | $2,249.39 | | | $2,249.39 | | $3,016.78 | | |
| City Tax Disbursement | 03/07/2020 | 03/01/2020 | -$2,249.39 | | | -$2,249.39 | -$2,249.39 | $767.39 | | |
| Late Charge Assessed | 02/17/2020 | 12/01/2019 | | | | | | $767.39 | | -$10.00 |
| Property Pres Corp Adv | 02/15/2020 | | | | | | | $767.39 | $32.52 | |
| Property Pres Corp Adv | 02/15/2020 | | | | | | | $767.39 | $24.96 | |
| Property Pres Corp Adv | 02/12/2020 | | | | | | | $767.39 | $14.25 | |
| Misc Corporate Adv Disb | 02/10/2020 | | | | | | | $767.39 | $0.55 | |
| Misc Corporate Adv Disb | 01/31/2020 | | | | | | | $767.39 | $14.40 | |
| Late Charge Assessed | 01/16/2020 | 12/01/2019 | | | | | | $767.39 | | -$10.00 |
| Escrow Advance Repymt | 01/02/2020 | 12/01/2019 | | | | -$1.50 | | $767.39 | | |
| Interest on Escrow Deposit | 12/31/2019 | 12/01/2019 | $1.50 | | | $1.50 | $1.50 | $768.89 | | |
| Late Charge Assessed | 12/16/2019 | 12/01/2019 | | | | | | $768.89 | | -$10.00 |
| Modified Payment | 11/25/2019 | 11/01/2019 | | | | | | $768.89 | | |
| Escrow Advance Repymt | 11/25/2019 | 11/01/2019 | | | | -$636.75 | | $768.89 | | |
| Modified Payment | 11/25/2019 | 11/01/2019 | $1,207.37 | $274.53 | $286.09 | $636.75 | $636.75 | $1,405.64 | | $10.00 |
| Late Charge Assessed | 11/18/2019 | 11/01/2019 | | | | | | $1,405.64 | | -$10.00 |
| Escrow Advance | 11/05/2019 | 11/01/2019 | $1,405.64 | | | $1,405.64 | | $1,405.64 | | |
| Hazard Ins Disbursement | 11/05/2019 | 11/01/2019 | -$2,386.00 | | | -$2,386.00 | -$1,405.64 | | | |
| Modified Payment | 10/14/2019 | 10/01/2019 | | | | | $980.36 | | | |

| Description | Date | Date | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Modified Payment | 10/14/2019 | 10/01/2019 | $1,197.37 | $274.10 | $286.52 | $636.75 | $980.36 | | | | | |
| Interest on Escrow Deposit | 09/30/2019 | 10/01/2019 | $2.49 | | | $2.49 | $343.61 | | | | | |
| Modified Payment | 09/19/2019 | 09/01/2019 | | | | | $341.12 | | | | | |
| Escrow Advance Repymt | 09/19/2019 | 09/01/2019 | | | | -$295.63 | $341.12 | | | | | |
| Modified Payment | 09/19/2019 | 09/01/2019 | $1,197.37 | $273.67 | $286.95 | $636.75 | $636.75 | $295.63 | | | | |
| Late Charge Assessed | 09/16/2019 | 09/01/2019 | | | | | $295.63 | | | -$10.00 | | |
| Escrow Advance | 09/06/2019 | 09/01/2019 | $295.63 | | | $295.63 | $295.63 | | | | | |
| City Tax Disbursement | 09/06/2019 | 09/01/2019 | -$2,249.39 | | | -$2,249.39 | -$295.63 | | | | | |
| Modified Payment | 08/15/2019 | 08/01/2019 | | | | | $1,953.76 | | | | | |
| Modified Payment | 08/15/2019 | 08/01/2019 | $1,197.37 | $273.25 | $287.37 | $636.75 | $1,953.76 | | | | | |
| Misc Corporate Adv Disb | 07/25/2019 | | | | | | $1,317.01 | | $10.00 | | | |
| Modified Payment | 07/13/2019 | 07/01/2019 | | | | | $1,317.01 | | | | | |
| Modified Payment | 07/13/2019 | 07/01/2019 | $1,197.37 | $272.82 | $287.80 | $636.75 | $1,317.01 | | | | | |
| Interest on Escrow Deposit | 06/30/2019 | 07/01/2019 | $0.36 | | | $0.36 | $680.26 | | | | | |
| Modified Payment | 06/11/2019 | 06/01/2019 | | | | | $679.90 | | | | | |
| Modified Payment | 06/11/2019 | 06/01/2019 | $1,197.37 | $272.40 | $288.22 | $636.75 | $679.90 | | | | | |
| Modified Payment | 05/13/2019 | 05/01/2019 | | | | | $43.15 | | | | | |
| Escrow Advance Repymt | 05/13/2019 | 05/01/2019 | | | | -$593.60 | $43.15 | | | | | |
| Modified Payment | 05/13/2019 | 05/01/2019 | $1,253.43 | $271.97 | $288.65 | $636.75 | $636.75 | $593.60 | | $56.06 | | |
| Modified Payment | 04/09/2019 | 04/01/2019 | | | | | $593.60 | | | | | |
| Escrow Advance Repymt | 04/09/2019 | 04/01/2019 | | | | -$636.75 | $593.60 | | | | | |
| Modified Payment | 04/09/2019 | 04/01/2019 | $1,197.37 | $271.55 | $289.07 | $636.75 | $636.75 | $1,230.35 | | | | |
| Escrow Advance Repymt | 04/01/2019 | 04/01/2019 | | | | -$1.79 | $1,230.35 | | | | | |
| Interest on Escrow Deposit | 03/30/2019 | 04/01/2019 | $1.79 | | | $1.79 | $1.79 | $1,232.14 | | | | |
| Modified Payment | 03/19/2019 | 03/01/2019 | | | | | $1,232.14 | | | | | |
| Escrow Advance Repymt | 03/19/2019 | 03/01/2019 | | | | -$645.48 | $1,232.14 | | | | | |
| Modified Payment | 03/19/2019 | 03/01/2019 | $1,206.10 | $271.12 | $289.50 | $645.48 | $645.48 | $1,877.62 | | | | |
| Fee Waive/Assess | 03/19/2019 | 03/01/2019 | | | | | $1,877.62 | | | | $28.03 | 0 |
| Late Charge Assessed | 03/18/2019 | 03/01/2019 | | | | | $1,877.62 | | | -$28.03 | | |
| Escrow Advance | 02/20/2019 | 03/01/2019 | $1,877.62 | | | $1,877.62 | $1,877.62 | | | | | |
| City Tax Disbursement | 02/20/2019 | 03/01/2019 | -$2,087.18 | | | -$2,087.18 | -$1,877.62 | | | | | |
| Funds Application | 02/14/2019 | 02/01/2019 | | | | | $209.56 | | | | | |
| Escrow Advance Repymt | 02/14/2019 | 02/01/2019 | | | | -$319.48 | $209.56 | | | | | |
| Short Payment | 02/14/2019 | 02/01/2019 | | $270.70 | $289.92 | $529.04 | $529.04 | $319.48 | -$1,089.66 | | | |
| Modified Payment | 02/13/2019 | 02/01/2019 | $1,089.66 | | | | $319.48 | $1,089.66 | | | | |
| Escrow Advance | 01/21/2019 | 02/01/2019 | $319.48 | | | $319.48 | $319.48 | | | | | |
| Hazard Ins Disbursement | 01/21/2019 | 11/01/2018 | -$2,327.00 | | | -$2,327.00 | -$319.48 | | | | | |
| Modified Payment | 01/19/2019 | 01/01/2019 | | | | | $2,007.52 | | | | | |
| Modified Payment | 01/19/2019 | 01/01/2019 | $1,089.66 | $270.28 | $290.34 | $529.04 | $2,007.52 | | | | | |
| Late Charge Assessed | 01/16/2019 | 01/01/2019 | | | | | $1,478.48 | | | -$28.03 | | |
| Interest on Escrow Deposit | 12/31/2018 | 01/01/2019 | $2.24 | | | $2.24 | $1,478.48 | | | | | |
| Misc Corporate Adv Disb | 12/22/2018 | | | | | | $1,476.24 | | $5.00 | | | |
| Modified Payment | 12/20/2018 | 12/01/2018 | | | | | $1,476.24 | | | | | |
| Modified Payment | 12/20/2018 | 12/01/2018 | $1,089.66 | $269.86 | $290.76 | $529.04 | $1,476.24 | | | | | |
| Funds Application | 12/06/2018 | 11/01/2018 | | | | | $947.20 | | | | | |
| Funds Application | 12/06/2018 | 11/01/2018 | $1,089.66 | $269.44 | $291.18 | $529.04 | $947.20 | | | | | |
| Funds Application | 11/08/2018 | 10/01/2018 | | | | | $418.16 | | | | | |
| Escrow Advance Repymt | 11/08/2018 | 10/01/2018 | | | | -$110.88 | $418.16 | | | | | |
| Funds Application | 11/08/2018 | 10/01/2018 | $1,089.66 | $269.01 | $291.61 | $529.04 | $529.04 | $110.88 | | | | |
| Principal Bal Adjustment | 11/06/2018 | 10/01/2018 | | -$118.50 | | | | $110.88 | | | | |
| Balance Adjustment | 11/05/2018 | 10/01/2018 | | | | | | $110.88 | | | | |
| Restricted Corp Adv Adj | 11/05/2018 | | $15.00 | | | | | | $15.00 | | | |
| Fee Waive/Assess | 11/05/2018 | 10/01/2018 | | | | | | | | | -$28.03 | T |
| Loan Set Up Date | 11/05/2018 | 10/01/2018 | -$186,627.29 | | | | | | | | | |